**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                  :
                                        :          **CIVIL ACTION NO. 26-CV-2275**
SEAN BURTON                             :

## **ORDER**

AND NOW, this  6th  day of May, 2026, upon consideration of Sean Burton's Motions to

Proceed *In Forma Pauperis* (ECF Nos. 1, 4, 6), Prisoner Trust Fund Account Statements (ECF

Nos. 2, 5), and *pro se* Amended Complaint (ECF No. 9), it is **ORDERED** that:

1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.    Sean Burton, #KA-8044, shall pay the full filing fee of $350 in installments,

pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case.  The Court directs the

Superintendent of SCI Pine Grove or other appropriate official to assess an initial filing fee of

20% of the greater of (a) the average monthly deposits to Burton's inmate account; or (b) the

average monthly balance in Burton's inmate account for the six-month period immediately

preceding the filing of this case.  The Superintendent or other appropriate official shall calculate,

collect, and forward the initial payment assessed pursuant to this Order to the Court with a

reference to the docket number for this case.  In each succeeding month when the amount in

Burton's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate

official shall forward payments to the Clerk of Court equaling 20% of the preceding month's

income credited to Burton's inmate account until the fees are paid.  Each payment shall refer to

the docket number for this case.

3.    The Clerk of Court is **DIRECTED** to send a copy of this Order to the

Superintendent of SCI Pine Grove.

4.      The Amended Complaint is **DEEMED** filed.

5.      The Clerk of Court is **DIRECTED** to add the following as Defendants in this case, in accordance with the Amended Complaint:  Mark R. Brothers, Supt. of SCI Pine Grove; Dave W. Sunday, Jr., Esq., State Attorney General; and Frederick J. Stollsteimer, District Attorney Del. County.

6.      For the reasons stated in the accompanying Memorandum, the Amended Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

7.      The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

_____
**MARY KAY COSTELLO, J.**